```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
JUAN POLANCO,                                            :
                                                         :
                            Plaintiff,                   :
                                                         :          20-cv-7453 (VSB)
            -against-                                    :
                                                         :                **ORDER**
70 SHERMAN DRY CLEANERS INC. et                          :
al.,                                                     :
                                                         :
                            Defendants.                  :
                                                         :
-------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am receipt of Plaintiff's letter, dated January 29, 2021, which states that defense counsel, Hyung S. Kim, indicated to Plaintiff that he is no longer representing Defendants in this action. (Doc. 14.) Mr. Kim, however, has not filed a motion for withdrawal with this Court or indicated to the Court in any way that he is no longer representing Defendants. Accordingly, it is hereby:

ORDERED that if Mr. Kim intends to withdraw as counsel, he is directed to file a motion for withdrawal, consistent with Local Rule 1.4, with this Court no later than February 12, 2021.

SO ORDERED.

Dated: February 5, 2021
       New York, New York

Vernon S. Broderick
United States District Judge