# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
____

Telephone (212) 209-3933
Facsimile (212) 209-7102

March 19, 2021

**BY ECF**

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    *Polanco v. 70 Sherman Dry Cleaners Inc., et al.*
               *Case No. 20-CV-7453 (RWL)*

Dear Judge Lehrburger,

    We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter, which has been assigned to Your Honor for all purposes on consent of the parties. Please accept this letter as the parties' joint request for an extension of time until April 2, 2021 to finalize and submit their settlement papers for the Court's review and approval.

    We thank the Court for considering this application.

Respectfully submitted,

/s/
Justin Cilenti

cc: Hyung (James) Kim, Esq. (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

SO ORDERED:
3/19/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE